1  Irving L. Berg (CA Bar No. 36273)
   THE BERG LAW GROUP
2  433 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4
5  Paul Arons (CA Bar No. 84970)
   LAW OFFICE OF PAUL ARONS
6  685 Spring Street # 104
   Friday Harbor, Washington 98250
7  (360) 378-6496
   (360 )378-6498 (Fax)
8  O. Randolph Bragg (IL Bar No. 6221983)
   Craig M. Shapiro (IL Bar No. 6284475)
9  HORWITZ, HORWITZ & ASSOCIATES, LTD.
   25 E Washington St Ste 900
10 Chicago, Illinois 60602
   (312) 372-8822
11 (312) 372-1673 (Fax)
12
   ATTORNEYS FOR PLAINTIFF

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRANDY HUNT, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>AMERI-CK, INC., et al.<br><br>     Defendant. | **CASE NO. C 05-4622 EMC**<br><br>**STIPULATION TO DISMISS**<br>ORDER |

It is hereby stipulated by and between the parites that the herein action be dismissed without prejudice each pary to bear their own costs and attorneys' fees.

STIPULAITON FOR DISMISSAL                CASE NO. C 05-4622 EMC
(Hunt v. Ameri-Ck, Inc.)       Page 1

Dated: 5/5/00

THE BERG LAW GROUP

Irving L. Berg, Attorneys for Plaintiff

Dated: 5/5/06

Steven M. Campbell

Dated: 5/5/06

Ameri-CK

By: Steven M. Campbell

Dated: 5/5/06

Universal Recovery Systems

By: Steven M. Campbell

IT IS SO ORDERED:

_____
EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

STIPULATION FOR DISMISSAL
(Hunt v. Ameri-Ck, Inc.)

Page 2

CASE NO. C 05-4622 EMC